# UNITED STATES DISTRICT COURT
for the

Northern District of Illinois

| | |
|---|---|
| United States Fidelity and Guaranty Co. <br> *Plaintiff* <br> v. <br> Shorenstein Realty Services, L.P., et al. <br> *Defendant* | ) <br> ) <br> ) Civil Action No. 07 C 3179 <br> ) <br> ) |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

X other:   Judgment is entered in favor of Shorenstein and National Union and against AMICO in the amount of $3,071,571.24 in principal, $13,759.65 in costs and $10,623.16 in interest, for a total judgment of $3,095,954.05.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

X decided by Judge   Bucklo   on a motion for   entry of judgment.

Date:   Aug. 3, 2013

Thomas G. Bruton, Clerk of Court

Ms. Jacquelyn H. Collier
Deputy Clerk